UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY CROWDER,<br><br>     Plaintiff,<br><br>   v.<br><br>RIVERSIDE COUNTY SHERIFFS DEP'T, et al.,<br><br>     Defendants. | Case No. 5:17-02362 CAS (ADS)<br><br>**ORDER DISMISSING PURSUANT TO STIPULATION** |

  For good cause and pursuant to the Stipulation and Joint Request for Order Dismissing Plaintiff's Claims and Entire Civil Action With Prejudice, signed and filed by Plaintiff, CHAUNCEY LEVAR CROWDER, and all defendants OFFICER ODEN, CORPORAL WEBB and RIVERSIDE COUNTY SHERIFF'S DEPARTMENT ("Defendants"), it is hereby ordered that this entire action is dismissed with prejudice, including all of plaintiff's claims against defendants OFFICER ODEN, CORPORAL WEBB and RIVERSIDE COUNTY SHERIFF'S DEPARTMENT ("Defendants") in their

entirety – and all claims by the plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit.

It is further ordered that this dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendants

**IT IS SO ORDERED**.

Dated: October 4, 2019

_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented by:

     /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge